**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

```
V.T.F.,                        :
                               :
          Plaintiff,           :
                               :
v.                             :    CASE NO. 3:23-CV-8-CDL-MSH
                               :
COMMISSIONER OF SOCIAL         :
SECURITY,                      :
                               :
          Defendant.           :
_____:
```

**ORDER**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further development of the record by an administrative law judge (ALJ),this case is hereby remanded.

Upon remand, the ALJ should: further consider whether claimant has a severe medically determined impairment; give further consideration to the claimant's subjective complaints; if necessary, further evaluate the residual functional capacity; if necessary, obtain additional evidence concerning the claimant's medically determinable impairments; take any further action needed to complete the administrative record; and issue a new decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 7th day of July, 2023.


S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE