IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| V.T.F., | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   CASE NO. 3:23-CV-8-CDL-MSH |
| | : |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
|     Defendant. | : |

**ORDER**

Having considered Plaintiff's Motion for Attorney's Fees and any response thereto, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $7,956.00 and costs in the amount of $402.00. Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC. If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of Ashish A. Agrawal, Esquire.

The Clerk shall enter a judgment consistent with this Order.

SO ORDERED, this **12th** day of **October, 2023.**

                                             S/Clay D. Land
                                             CLAY D. LAND
                                             UNITED STATES DISTRICT JUDGE